IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

F I L E D

October 3, 2008

Charles R. Fulbruge III
Clerk

No. 08-30438
Summary Calendar

ASHTON R. O'DWYER, JR.,
on his own behalf and on behalf of his
clients in the "Victims of Katrina" litigation

Plaintiff-Appellant

v.

DANIEL E. BECNEL, JR.; CALVIN C.
FAYARD, JR.; D. BLAYNE HONEYCUTT;
JOSEPH M. BRUNO; UNIDENTIFIED
PARTIES, all other lawyers who may be
admitted to the bar of this court, but who are
similarly situated to the named respondents

Defendant-Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
No. 2:08-CV-1127

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

This appeal seeks review of the en banc determination of the United States District Court for the Eastern District of Louisiana concerning the plaintiff-appellant's disciplinary complaint against defendant-appellees. Appellant lacks standing to appeal. The appeal is DISMISSED for want of jurisdiction.